IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE C. BURDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:09-CV-648-WKW |
| v. | ) | |
| | ) | |
| VERIZON WIRELESS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court are two joint stipulations of dismissal, one filed by Plaintiff and Defendant Trans Union, LLC (Doc. # 25), and the other filed by Plaintiff and Defendant Experian Information Solutions, Inc. (Doc. # 26). The stipulations are construed as motions for court orders of dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]  Upon consideration of the motions (Docs. # 25, 26), it is ORDERED that the motions are GRANTED, and that all of Plaintiff's claims against Defendants Trans Union, LLC, and Experian Information Solutions, Inc., are DISMISSED with prejudice, with each party to bear his or its own costs, attorney's fees and expenses.

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply. Fed. R. Civ. P. 41(a)(2). Rule 41(a)(1) allows for dismissal without a court order: (i) before an opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. Not all of the parties who have appeared in this action have signed the stipulations of dismissal, and Defendants Trans Union, LLC, and Experian Information Solutions, Inc., have filed answers. (Docs. # 12, 14.)  Dismissal, thus, must be by motion. Fed. R. Civ. P. 41(a)(2).

There being no remaining claims in this action and based upon the parties' representation that this action has concluded, the Clerk of the Court is DIRECTED to close this case.

DONE this 30th day of September, 2009.

                                         /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE